In the Matter of Staten Island Edison Corporation, Appellant-Respondent, v. Frank C. Moore et al., Constituting the State Board of Equalization and Assessment, Respondents-Appellants. City of New York, Intervenor-Appellant.—

984

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.